UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES J. WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants. | Case No. 2:14-CV-1785-KJD-VCF<br><br>ORDER |

Before the Court is Plaintiff's Motion for Reconsideration (#6) of this Court's prior order (#5) dismissing the state of Nevada as a defendant in Plaintiff's 42 U.S.C. § 1983 lawsuit. No response or reply have been filed, nor are they necessary. The Court is required to hold Plaintiff's pro se pleadings to "less stringent standards . . . ." Haines v. Kerner, 404 U.S. 519, 520 (1972). However, the law in this area is absolutely clear. As noted in the Court's prior order:

> The Magistrate correctly notes that Plaintiff's complaint is entirely based on 42 U.S.C. § 1983. The Magistrate is also correct that States are not "persons" under § 1983, and therefore cannot be held liable for what might otherwise constitute violations of this statute. See Will v. Michigan Dep't of State Police, 491 U.S. 58, 71 (1989). The Court **HEREBY ADOPTS AND AFFIRMS** the Magistrate's recommendation (#2), **DISMISSING** the state of Nevada as a defendant **WITH PREJUDICE**.

Plaintiff cannot, as a matter of law, sue the state of Nevada under § 1983. Plaintiff's Motion for Reconsideration (#6) is **HEREBY DENIED**.

DATED this 12th day of February, 2015.

_____
Kent J. Dawson
United States District Judge