UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES J. WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>P.O. Willis, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:14-CV-1785-KJD-VCF<br><br><br>ORDER |

Court mail has been returned from Southern Desert Correctional Center, the location and address at which Plaintiff indicated he was incarcerated, with a notation reflecting that Plaintiff had been "Discharged." As Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address,

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice.

DATED this 8th day of April, 2015.

_____
Kent J. Dawson
United States District Judge